

# NUMBER 13-16-00229-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MANUEL ABELARDO ROJAS, **Appellant,**

**v.**

THE STATE OF TEXAS, **Appellee.**

## On appeal from the 370th District Court of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Manuel Abelardo Rojas, attempts a second appeal of his August 13, 2008 conviction for indecency with a child in trial court cause number CR-1349-08-G.

This Court previously issued a memorandum opinion and judgment on January 15, 2009, regarding this trial court cause number in cause number 13-08-000673-CR.[1]

This Court lacks jurisdiction to consider a second appeal from appellant's final conviction. The exclusive post-conviction remedy in final felony convictions in Texas courts is through a writ of habeas corpus pursuant to Texas Code of Criminal Procedure 11.07. TEX. CODE CRIM. PROC. ANN. art. 11.07, § 5 (West, Westlaw through 2015 R.S.) (providing that "[a]fter conviction, the procedure outlined in this Act shall be exclusive and any other proceeding shall be void and of no force and effect in discharging the prisoner"); *Ater v. Eighth Court of Appeals,* 802 S. W.2d 241 (Tex. Crim. App. 1991).

Accordingly, this appeal is DISMISSED for lack of jurisdiction. *See* TEX. R. APP. P.42.3(a), 43.2(f).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of May, 2016.

---

[1] This Court dismissed the appeal because the trial court's certification did not show the defendant had the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2).